

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00363-CR

Steven P. **CHERRY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6408
Honorable Sid L. Harle, Judge Presiding

# O R D E R

The State's motion for an extension of time to file its brief is granted. We order the State's brief due January 4, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court